**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: FORD, MICHAEL PAUL | § | Case No. 06-72229 |
| FORD, DEBRA S | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $137,820.00<br>*(without deducting any secured claims)* | Assets Exempt: $7,070.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $83,675.34 |
| Total Expenses of Administration: $3,722.95 | |

3) Total gross receipts of $ 3,722.95 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $3,722.95 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,300.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,722.95 | 3,722.95 | 3,722.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 143,875.00 | 31,550.34 | 31,550.34 | 0.00 |
| **TOTAL DISBURSEMENTS** | $161,175.00 | $35,273.29 | $35,273.29 | $3,722.95 |

4) This case was originally filed under Chapter 7 on November 27, 2006. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2011 By: /s/MEGAN G. HEEG

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 334.00 |
| TAX REFUNDS | 1224-000 | 3,362.00 |
| Interest Income | 1270-000 | 26.95 |
| **TOTAL GROSS RECEIPTS** | | $3,722.95 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nissan Motor Acceptance Corp. | 4110-000 | 17,300.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $17,300.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 930.74 | 930.74 | 930.74 |
| MEGAN G. HEEG | 2200-000 | N/A | 21.50 | 21.50 | 21.50 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,250.01 | 2,250.01 | 2,250.01 |

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 519.94 | 519.94 | 519.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 0.76 | 0.76 | 0.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,722.95 | 3,722.95 | 3,722.95 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | None | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | 6,350.00 | 6,808.58 | 6,808.58 | 0.00 |
| 2 | Blackhawk Lumber | 7100-000 | 14,000.00 | 14,043.83 | 14,043.83 | 0.00 |
| 3 | First National Bank of Rochelle | 7100-000 | 62,500.00 | 1,735.57 | 1,735.57 | 0.00 |
| 4 | HILCO Receivables LLC | 7100-000 | 8,900.00 | 8,962.36 | 8,962.36 | 0.00 |
| NOTFILED | Sears | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Gold Mastercard %Associated Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Gold Mastercard | 7100-000 | 5,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA %ACB American, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA/Bank of America Bank of America Recovery Center | 7100-000 | 8,700.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Hospital | 7100-000 | 1,625.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 8,400.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MBNA %United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 143,875.00 | 31,550.34 | 31,550.34 | 0.00 |

Exhibit 8

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Period Ending:** 12/28/11

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 11/27/06 (f)
**§341(a) Meeting Date:** 01/12/07
**Claims Bar Date:** 05/25/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | FURS AND JEWELRY | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | FIREARMS AND HOBBY EQUIPMENT | 220.00 | 0.00 | DA | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | TAX REFUNDS | 800.00 | 334.00 | | 334.00 | FA |
| 12 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES | 21,000.00 | 2,400.00 | DA | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES | 1,500.00 | 2,400.00 | DA | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES | 800.00 | 0.00 | DA | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES | 800.00 | 0.00 | DA | 0.00 | FA |
| 17 | Other personal property (scheduled) | 1,600.00 | 630.00 | DA | 0.00 | FA |
| 18 | Other personal property (scheduled) | 50.00 | 0.00 | DA | 0.00 | FA |
| 19 | REAL ESTATE - scheduled | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | TAX REFUNDS (u) | 0.00 | 3,362.00 | | 3,362.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.95 | FA |
| **21** | **Assets** **Totals** (Excluding unknown values) | **$138,620.00** | **$9,126.00** | | **$3,722.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Period Ending:** 12/28/11

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 11/27/06 (f)
**§341(a) Meeting Date:** 01/12/07
**Claims Bar Date:** 05/25/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 31, 2008 **Current Projected Date Of Final Report (TFR):** August 11, 2011 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Taxpayer ID #:** **-***3611
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/07 | {20} | Michael Ford | tax refund | 1224-000 | 3,362.00 | | 3,362.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.77 | | 3,362.77 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.85 | | 3,364.62 |
| 06/05/07 | {11} | Michael and Debra Ford | 2006 tax refund | 1124-000 | 334.00 | | 3,698.62 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.84 | | 3,700.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.10 | | 3,702.56 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.04 | | 3,704.60 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.84 | | 3,706.44 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.17 | | 3,708.61 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.92 | | 3,710.53 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.88 | | 3,712.41 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.69 | | 3,714.10 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.76 | | 3,714.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.69 | | 3,715.55 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.51 | | 3,716.06 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.46 | | 3,716.52 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 3,716.99 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.47 | | 3,717.46 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.44 | | 3,717.90 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.48 | | 3,718.38 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.40 | | 3,718.78 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.29 | | 3,719.07 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 3,719.33 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,719.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,719.62 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,719.78 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,719.93 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,720.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,720.23 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,720.38 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,720.53 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,720.68 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,720.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,720.98 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,721.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,721.27 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,721.41 |
| | | | | Subtotals : | $3,721.41 | $0.00 | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Taxpayer ID #:** **-***3611
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,721.57 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,721.59 |
| 04/06/10 | | Wire out to BNYM account 9200******3765 | Wire out to BNYM account 9200******3765 | 9999-000 | -3,721.59 | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | -3,721.59 | 0.00 | |
| **Subtotal** | **3,721.59** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,721.59** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Taxpayer ID #:** **-***3611
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******37-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3765 | Wire in from JPMorgan Chase Bank, N.A. account ********3765 | 9999-000 | 3,721.59 | | 3,721.59 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,721.76 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,721.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,722.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,722.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,722.64 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.67 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.70 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.79 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,722.81 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.84 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.87 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.90 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,722.93 |
| 07/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 3,722.95 |
| 07/25/11 | | To Account #9200******3766 | prepare final report | 9999-000 | | 3,722.95 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,722.95** | **3,722.95** | **$0.00** |
| Less: Bank Transfers | 3,721.59 | 3,722.95 | |
| **Subtotal** | **1.36** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1.36** | **$0.00** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72229
**Case Name:** FORD, MICHAEL PAUL
FORD, DEBRA S
**Taxpayer ID #:** **-***3611
**Period Ending:** 12/28/11

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******37-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/11 | | From Account #9200******3765 | prepare final report | 9999-000 | 3,722.95 | | 3,722.95 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 0.76 | 3,722.19 |
| 10/18/11 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,250.01, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,250.01 | 1,472.18 |
| 10/18/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $519.94, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 519.94 | 952.24 |
| 10/18/11 | 103 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 952.24 | 0.00 |
| | | | Dividend paid 100.00% on $930.74; Claim# ; Filed: $930.74 — 930.74 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $21.50; Claim# ; Filed: $21.50 — 21.50 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,722.95** | **3,722.95** | **$0.00** |
| Less: Bank Transfers | 3,722.95 | 0.00 | |
| **Subtotal** | **0.00** | **3,722.95** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,722.95** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****37-65** | **3,721.59** | **0.00** | **0.00** |
| **MMA # 9200-******37-65** | **1.36** | **0.00** | **0.00** |
| **Checking # 9200-******37-66** | **0.00** | **3,722.95** | **0.00** |
| | **$3,722.95** | **$3,722.95** | **$0.00** |